William Anderson #0113958
Name

LCF P.O. Box 2 Lansing, KS
66043
Address

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| William Anderson #0113958, Plaintiff (Full Name) | CASE NO. 23-3134-JWL (To be supplied by the Clerk) |
|---|---|
| V. LCF/KDOC, Defendant(s) | CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. §1983 |

## A. JURISDICTION

1) William Anderson #0113958, is a citizen of Kansas
   (Plaintiff)                                    (State)

   who presently resides at LCF P.O. Box 2 Lansing, KS 66043
   (Mailing address or place of confinement.)

2) Defendant LCF/KDOC is a citizen of
   (Name of first defendant)
   Lansing Kansas, and is employed as
   (City, State)
   Kansas Department of Corrections. At the time the
   (Position and title, if any)
   claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? Yes [X] No [ ]. If your answer is "Yes", briefly explain:

_____

_____

XE-2 8/82                CIVIL RIGHTS COMPLAINT §1983                1

3) Defendant _Kansas Department of corrections_ is a citizen of
   (Name of second defendant)

_Topeka, Kansas_, and is employed as
(City, state)

_Correction officer's / Admin Seg_. At the time the
(Position and title, if any)

claim (s) alleged in this complaint arose was this defendant acting under the color of state law?  Yes [X]  No [ ]. If your answer is "Yes", briefly explain:

_II Hartley state's policy describe's of KDOC If refusing shower after a week. The inmate receive's forced cell showers_

(Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

_Cruel & unusual punishment under 8th Amendment._

## B. NATURE OF THE CASE

1) Briefly state the background of your case:

_Basic necessities were prohibited, I went two month's straight without a shower. Month's of [April 2023's March, May]. Ments consist of physical loss of weight during the two month's of not being escorted professionally by correction's officer's to the shower's @ Lansing Correctional Facility P.O. Box 2 Lansing, KS 66043 In Module A-2 cell 105_

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8h" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: Officer Busby states, If subpeona is required. He will testify. About Physical weight loss Rue to Cruel & unusual punishment under 8th Amendment.

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.):

Correctional Officer employee of Kansas Department of Correction's state's. If subpeona is required. He will testify About Physical weight loss being the merits of plaintiff's cruel & unusual punishment under 8th Amendment, Civil Rights Complaint Pursuant to 42 U.S.C. 1983.

B) (1) Count II: 8th Amendment Cruel & unusual punishment.

(2) Supporting Facts: Lansing Correction Facility P.O. Box 2 Lansing KS 66043 A-2 cell 10 5- March 7th 2023 – May 10th 2023. I was not Allowed one shower at all.

XE-2 8/82                    CIVIL RIGHTS COMPLAINT §1983                    3

C) (1) Count III: __Administrative Segregation__

(2) Supporting Facts: __KDOC investigate & review Cameras of alleged violated constitutional rights. In A-2/105 cell.__

D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☐ No ☒. If your answer if "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

    a) Parties to previous lawsuit:

        Plaintiffs: __N/A__

        Defendants: __N/A__

    b) Name of court and docket number __N/A__

    c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) __N/A__

    d) Issues raised __N/A__

XE-2 8/82        CIVIL RIGHTS COMPLAINT §1983

4

e) Approximate date of filing lawsuit __N/A__

f) Approximate date of disposition __N/A__

1) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C Yes ☒ No ☐. If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No", briefly explain why administrative relief was not sought.

The log Book of Accountability when Correctional officers Placed [tangible for not in 4060] for Refusal of shower in the months of March 7th, 2023 – May 10th, 2023

2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

Five Hundred Thousand dollars zero cents. $500,000.00

_William Anderson_           _William Anderson_
Signature of Attorney (if any)   Signature of Plaintiff

Pro SE, Lansing Correctional Facility, P.O. Box 2 Lansing, KS 66043
Lansing Correctional Facility
(Attorney's full address and telephone number)

XE-2 8/82         CIVIL RIGHTS COMPLAINT §1983         5